UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERARDO MARTINEZ VALENCIA,

Petitioner,

v.

TONYA ANDREWS, WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-05429-DAD-EFB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 18)

Petitioner is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 28, 2026, this court previously granted petitioner's habeas petition and ordered his immediate release in related case *Martinez Valencia v. Warden*, 1:26-cv-02255-DAD-EFB. (Doc. No. 18 at 1–2.) On July 13, 2026, petitioner initiated the instant action by filing a petition for writ of habeas corpus, alleging that he was re-arrested by Immigration and Customs Enforcement ("ICE") on July 2, 2026, and remains currently detained. (*Id.* at 2.) Along with his petition, petitioner filed a motion for temporary restraining order, requesting his immediate release on the basis that his detention violates his rights to due process and court orders. (*Id.*) On

/////

July 21, 2026, the court construed the motion for temporary restraining order as a motion to enforce judgment in the related case. (*Id.*)

On September 10, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's motion to enforce judgment (Doc. No. 3) be granted. (Doc. No. 18.) Specifically, the magistrate judge found that respondents failed to provide petitioner with notice of his custody redetermination hearing prior to holding that hearing, which "contravened a clear and specific provision in the court's May 28, 2026 order in *Martinez Valencia v. Warden*, 1:26-cv-02255-DAD-EFB." (*Id.* at 4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 5.) To date, no parties have filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on September 10, 2026 (Doc. No. 18) are ADOPTED in full;
2. Petitioner's motion to enforce judgment (Doc. No. 3) is GRANTED as follows:
    a. Respondents are ORDERED to immediately release petitioner Gerardo Martinez Valencia, A-File No. 240-174-372, from respondents' custody on the same conditions, if any, he was subject to prior to his re-detention on or about July 2, 2026;
    b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner with notice and a hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a),
3. The Clerk of the Court is directed to serve a copy of this order on the Golden State Annex Detention Facility; and

4. The Clerk of the Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE